IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALLEY BOYS, INC. d/b/a<br>VALLEY BOYS ROOFING,<br>Assignee, | )<br>)<br>) | Case No. 8:15cv164 |
| Plaintiff, | )<br>) | ORDER |
| vs. | )<br>)<br>) | |
| SAFECO INSURANCE, | )<br>) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by the Matthew Saathoff Law Group, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **May 26, 2016,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Joseph F. Bataillon, at Bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for April 11, 2016, is cancelled upon the representation that this case is settled.

Dated: April 11, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge