IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALLEY BOYS INC. d/b/a VALLEY BOYS ROOFING, Assignee, | ) ) ) | CASE NO.: 8:15-cv-00164 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Valley Boys Inc., d/b/a Valley Boys Roofing, and Defendant Safeco Insurance Company of America, which are the only parties that have appeared in this action, stipulate to the dismissal of this case with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to pay their own attorney's fees and costs.

                 Valley Boys Inc. d/b/a Valley Boys
                 Roofing, Assignee, Plaintiff

By: */s/ Larry Bache, Jr.*
    Matthew P. Saathoff, #24321
    The Saathoff Law Group, PC LLO
    14707 California Street- Suite #1
    Omaha, Nebraska 68154
    Email: matt@saathofflaw.com
    *Attorney for Plaintiff*

    Larry Bache. Jr.
    Phillip Sanov
    Merlin Law Group, P.A.
    777 S Harbour Island Blvd.- Suite 950
    Tampa, Florida 33602
    Email: lbache@merlinlawgroup.com
        psanov@merlinlawgroup.com
    *Admitted Pro Hac Vice*

        Safeco Insurance Company of America, Defendant

By:   */s/ Bruce A. Moothart*
Bruce A. Moothart
Seyferth Blumenthal & Harris LLC
4801 Main Street- Suite 310
Kansas City, Missouri 64112
Email: bruce@sbhlaw.com
*Attorney for Defendant*

CERTIFICATE OF SERVICE

A copy of this pleading was served via the court's ECF system on all parties that have appeared in this action.