IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALLEY BOYS INC. d/b/a<br>VALLEY BOYS ROOFING, Assignee, | ) <br> ) <br> ) | CASE NO.: 8:15-cv-00164 |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | ORDER |
| SAFECO INSURANCE COMPANY<br>OF AMERICA, | ) <br> ) <br> ) | |
| Defendant. | ) | |

    THIS MATTER was filed with this Court on or about May 26, 2016.  The Court being fully advised in the premises finds that the Stipulation of Dismissal with Prejudice should be granted.

    IT IS ORDERED that the above-entitled cause of action is therefore dismissed with prejudice, the complete record waived and each party to pay their own attorney fees and costs.

    IT IS SO ORDERED.

    Dated this 27th day of May, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge